UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 20-30513
                                      Originating No.20MJ2136

**VIJAY VANAM REDDY,**

      Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **VIJAY VANAM REDDY,** to answer to charges pending in another federal district, and states:

    1.  On **December 10, 2020,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of New Jersey based on a Complaint**.  Defendant is charged in that district with violation of **18 USC Section 1349 – Conspiracy to Commit Wire Fraud.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW J. SCHNEIDER
United States Attorney

**s/Jerome Gorgon**
JEROME GORGON
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: December 10, 2020